# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-083-RJC-DCK

| | |
|---|---|
| SCOTT CARLOTON, THOMAS CARLTON, and CYNTHIA CARLTON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| CAPITAL BANK CORPORATION, f/k/a COMMUNITYONE BANK, N.A, ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Extension Of Time To File An Amended Complaint" (Document No. 16) filed March 20, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For An Extension Of Time To File An Amended Complaint" (Document No. 16) is **GRANTED**. Plaintiff shall have up to and including **April 5, 2019** to file Plaintiff's Amended Complaint.

Signed: March 20, 2019

David C. Keesler
United States Magistrate Judge